**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JESSIE HILL,** **PLAINTIFF**
**ADC #104136**

**v.** **Case No. 4:24-cv-01060-KGB**

**MAURICE D. CULCLAGE,**
**Deputy Warden, *et al.*** **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jessie Hill's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

It is so adjudged this 31st day of August, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge